

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,874-01

### EX PARTE CHRISTIAN DION BLACK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1248898-A IN THE 337TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment.

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify him that his direct appeal had been affirmed and that he had the right to file a *pro se* petition for discretionary review (PDR). We remanded this application to the trial court for development of the record and findings of fact and conclusions of law.

The trial court has determined that appellate counsel failed to timely inform Applicant that

his appeal had been affirmed and of his right to file a *pro se* PDR.   We find that Applicant is entitled to the opportunity to file an out-of-time PDR of the judgment of the First Court of Appeals in case number 01-13-00940-CR that affirmed his conviction in Cause No. 1248898 from the 337th District Court of Harris County.   Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: December 11, 2019
Do not publish